

FILED
7/6/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 21CR418 |
|---|---|
| v. | |
| BRANDON KNIGHT | **UNDER SEAL** |

### GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, SEARCH WARRANT AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, Search Warrants, Arrest Warrant and Motion to Seal:

The public filing of the Complaint, Affidavit, Search Warrants, Arrest Warrant and Motion to Seal, in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, Search Warrants, Arrest Warrant, as well as this Motion to Seal, be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

DATE: July 6, 2021

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Melody Wells*
Melody Wells
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-1110