**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

BRANDON KNIGHT,

        Defendant.

No. 21-cr-00418

Magistrate Judge McShain

**ORDER**

Arrest warrant issued to United States Marshal and Any Authorized Officer as to defendant Brandon Knight. The Government's motion to seal the complaint, affidavit, search warrants, arrest warrant as well as the motion to seal is granted. Enter Order.

_Heather K. McShain_
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: July 6, 2021**