**FILED**
AUG 03 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21 CR 418 |
| v. ) | |
| ) | Magistrate Judge |
| IBRAHIM AL-AMREEKI ) | **JUDGE GETTLEMAN** |
| a/k/a Brandon Knight ) | **MAGISTRATE JUDGE McSHAIN** |

### GOVERNMENT'S MOTION TO CHARGE USING DEFENDANT'S TRUE NAME

Now comes the United States of America and moves the court to authorize the use of the true name of defendant IBRAHIM AL-AMREEKI, hitherto known as defendant BRANDON KNIGHT, defendant in Criminal Complaint 21 CR 418 and indictment 21 CR 418, and to direct the Clerk of the United States District Court to file this charging document and all subsequent matters in this proceeding under said defendant's true name.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By:   /s/ *Barry Jonas*
BARRY JONAS
MELODY WELLS
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604