UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 21 CR 418 |
| v. | ) | |
| | ) | Magistrate Judge |
| IBRAHIM AL-AMREEKI | ) | JUDGE GETTLEMAN |
| a/k/a Brandon Knight | ) | MAGISTRATE JUDGE McSHAIN |

### ORDER

THIS COURT HEREBY authorizes the use of the true name of defendant IBRAHIM AL-AMREEKI, hitherto known as defendant BRANDON KNIGHT, defendant in Criminal Complaint 21 CR 418 and indictment 21 CR 418, and to direct the Clerk of the United States District Court to file this charging document and all subsequent matters in this proceeding under said defendant's true name.

_____   JEFFREY T. GILBERT
HEATHER K. McSHAIN
U.S. MAGISTRATE JUDGE

DATE: 8/3/21