# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | Case No: 1:21-cr-00418-1 |
| v. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| **Ibrahim Al-Amreeki** | ) | |
| Defendant(s), | ) | |

## ORDER

    Initial appearance and Arraignment held on 8/23/2021. Defendant appears following an arrest in Oregon and determination of removal to this District on July 21, 2021. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by video and telephone conference. Attorney Dena Singer is appointed as counsel for the Defendant subject to the Court receiving her CJA appointment papers. Defense counsel shall email these documents to the courtroom deputy at anthony_squillante@ilnd.uscourts.gov as soon as reasonably practicable. Defendant is advised of charges and maximum penalties available under the law and informed of his rights. Defendant enters plea of not guilty to all counts in the indictment. The Government orally moves for detention based on 18 U.S.C. 3142(f), and Defendant orally moves for a continuance to determine whether he will seek release upon arrival in this District. A telephonic status hearing to track Defendant's removal to the Northern District of Illinois and on the issue of bond/detention is set before Judge Jantz on 09/21/2021 at 1:30 p.m. The call-in number is 888-273-3658, Access Code 2217918. If circumstances change before the 9/21/21 hearing, the parties may jointly email the courtroom deputy. The Rule 16.1 (a) conference is to be held as soon as possible. Status hearing before Judge Gettleman set for 9/9/2021 at 9:00 a.m. The call-in number is (888) 684-8852 and the access code is 1503395. Without objection, time is excluded from 08/23/2021 to and including 9/21/2021 pursuant to 18 U.S.C. § 316l(h)(7)(A)(B) in the interest of justice and for reasons stated in open court.

(00:20)

Date: 08/23/2021

/s/ Beth W. Jantz
Beth W. Jantz
United States Magistrate Judge