IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA     )
                                )      No. 21CR00418
      v.                    )      Hon. Robert W. Gettleman
                                )
IBRAHIM AL-AMREEKI       )

## MR. AL-AMREEKI UNOPPOSED MOTION FOR DISCLOSURE OF THE RECOMMENDATION SECTION OF THE PRESENTENCE REPORT

Defendant IBRAHIM AL-AMREEKI, by his attorney Dena M. Singer of Bedi & Singer, LLP respectfully moves this Honorable Court to order the Probation Office to disclose the recommendation section of the presentence investigation report ("PSR") prior to Mr. AL-AMREEKI'S sentencing which is currently scheduled for July 8, 2022. MR. AL AMREEKI received the PSR on Jun 2, 2022. However, probation did not release the recommendation. Mr. AL-AMREEKI'S position paper is due on June 24, 2022 and it is imperative Mr. AL AMREEKI receives the recommendation in order to properly prepare his position paper and to prepare for the sentencing hearing. Mr. AL-AMREEKI respectfully requests that this Court enter an order requiring the probation officer to disclose the PSR's recommendation section to him, defense counsel and the government. The government does not object to this request.

Dated: June 2, 2022

Respectfully submitted,

By:  /s/ Dena Singer
DENA SINGER

DENA SINGER
53 West Jackson #1505
Chicago, IL 60604
312-525-2017

1

**<u>Certificate of Service</u>**

I, Dena M. Singer, hereby certify, I caused a copy of the foregoing Motion to be served on upon the Assistant United States Attorney by causing it to be electronically filed with the Clerk of the Court  using the CM/ECF system.

<u>/s/ Dena M. Singer</u>
Dena M. Singer
