IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

Case Number: 21CR00418

v.

Defendant.

Ibrahim AL-AMREEKI

Judge: JANTZ

## ORDER APPOINTING COUNSEL UNDER CJA

Name of Appointed Attorney: Dena Singer

Person Represented: Ibrahim Al-Amreeki    Defendant number: 1    Under SEAL: YES or (NO)

Payment Category: (FELONY)  MISDEMEANOR    Type of Person Represented: (ADULT) JUVENILE  OTHER
OTHER  PETTY OFFENSE

Representation Type: BP (CC) CF CH DRI EW EX HC JU MA JRV JHB
MC ML NT OT PA PR PT SR WI WW

**Court Order:**
(APPOINTING COUNSEL)    CO-COUNSEL    STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER    SUBS FOR PANEL ATTORNEY    SUBS FOR RETAINED ATTORNEY

Prior Attorney's name: _____

If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

Signature of Presiding Judge: _Bill W Jantz_

Date of Order: 7/11/2022    Nunc Pro Tunc Date: 7/22/21 or NONE

## ORDER APPOINTING INTERPRETER UNDER CJA

*Prior authorization shall be obtained for services in excess of $900.*

Expected to exceed: YES  NO

Prior Authorization Approved: YES  NO

Signature of Presiding Judge: _____

Date of Order: _____    Nunc Pro Tunc Date: _____ or NONE